# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ARNOLD SNOW  
1908 BLACKHAWK BLVD. APT # 201   SSN-xxx-xx-2914  
SOUTH BELOIT, IL  61080

Case Number: 07-70818

Case filed on: 4/6/2007  
Plan Confirmed on: 6/29/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $9,750.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,000.00 | 3,000.00 | 600.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 600.00 | 0.00 |
| 002 | WF FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | PORTFOLIO RECOVERY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ASSET ACCEPTANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ARNOLD SNOW | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | WELLS FARGO AUTO FINANCE | 8,475.00 | 8,475.00 | 6,967.93 | 815.40 |
|  | Total Secured | 8,475.00 | 8,475.00 | 6,967.93 | 815.40 |
| 001 | WELLS FARGO AUTO FINANCE | 4,712.03 | 3,298.42 | 313.02 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 1,035.48 | 724.84 | 68.79 | 0.00 |
| 004 | ALLSTATE FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES | 535.50 | 374.85 | 33.11 | 0.00 |
| 007 | CAPITAL ONE BANK (USA) NA | 991.33 | 693.93 | 65.85 | 0.00 |
| 008 | CAPITAL ONE BANK (USA) NA | 679.10 | 475.37 | 41.98 | 0.00 |
| 009 | CAPITAL ONE BANK (USA) NA | 1,121.42 | 784.99 | 69.33 | 0.00 |
| 010 | COMCAST CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DIRECTV | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ASSET ACCEPTANCE CORP | 534.17 | 373.92 | 33.02 | 0.00 |
| 015 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | VOICE MAIL CENTRAL AJD 5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROUNDUP FUNDING LLC | 713.35 | 499.34 | 37.51 | 0.00 |
| 021 | B-REAL LLC | 729.41 | 510.59 | 38.35 | 0.00 |
|  | Total Unsecured | 11,051.79 | 7,736.25 | 700.96 | 0.00 |
|  | Grand Total: | 22,526.79 | 19,211.25 | 8,268.89 | 815.40 |

Total Paid Claimant: $9,084.29  
Trustee Allowance: $665.71  
Percent Paid Unsecured: 9.06

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 03/26/2009    By /s/Heather M. Fagan